IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM LEGG,

    Petitioner,               No. 2:10-cv-0488 WBS KJN P

   vs.

M. S. EVANS, Warden,

    Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole in 2008, together with an application to proceed in forma pauperis.

        Pursuant to federal statute, a filing fee of $5.00 is required to commence a habeas corpus action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).

        Petitioner's in forma pauperis affidavit certifies that petitioner earns $48.00 a month and that his trust account has, over the past six months, held an average monthly balance of $342.60. See Dkt. No. 7. The amounts of petitioner's earnings and savings demonstrate that petitioner is able to pay the fee associated with filing this motion. Thus, petitioner has made an

1

1  inadequate showing of indigency, see, e.g., Taylor v. Delatoore, 281 F.3d 844 (9th Cir. 2002),

2  and should be required to pay the initial filing fee in this action.[1]

3         Accordingly, IT IS HEREBY ORDERED that:

4         1. Petitioner shall, within twenty-one days of the filing date of this order, submit

5  the appropriate filing fee ($5.00) to the Clerk of the Court; and

6         2. Petitioner is cautioned that failure to pay the fee will result in a

7  recommendation that this action be dismissed.

8         Accordingly, IT IS HEREBY ORDERED that, within twenty-one days after the

9  filing date of this order, petitioner shall submit the appropriate filing fee.

10 DATED: April 29, 2010

13 _____
   KENDALL J. NEWMAN

14    UNITED STATES MAGISTRATE JUDGE

16 legg0488.101c

---

[1] In forma pauperis status may provide financial benefits beyond that associated with a case's initial filing fee. See 28 U.S.C. § 1915(c). Should additional expenses beyond petitioner's capacity to pay be required later in this case, petitioner may submit another application to proceed in forma pauperis.